# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| Erica Langley | **Repayment Agreement and Order** | No: 7:19-CR-00057-009 |

On February 25, 2021, Erica Langley was sentenced to 6 months imprisonment followed by a 36 month term of supervised release.

After a review of her financial status, the following repayment agreement has been reached with Ms. Langley. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1. As a result of the judgment entered against me on February 25, 2021, I have been ordered to pay a total restitution of $19,597.17 and a special assessment of $100.00.

2. On January 3, 2022, I began my service of 36 months of supervised release. The current balance of my mandatory assessment is $75.00. The current balance of my restitution is $19,397.17.

3. After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 4th day of March, 2022, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $50.00 per month during the term of supervision.

_____   3/2/22
Erica Langley                Date

_____   3/2/22
William J. Lee, U.S. Probation Officer   Date

_____   3/3/2022
Kevin D. Abernethy           Date
Assistant U.S. Attorney

---

**THE COURT ORDERS:**

☑ Approval  ☐ Disapproval

_____
W. Louis Sands
Senior U.S. District Judge

3/3/22
Date